1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARY COAST CRANE & HOIST, a California Corporation, DALE S. YORK, an Individual, and JEFFREY E. YORK, an Individual,<br><br>Defendants. | Case No.: C08-5024 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants BARBARY COAST CRANE & HOIST, DALE S. YORK, and JEFFREY E. YORK. Defendants have paid all amounts claimed by plaintiffs, and plaintiffs have not previously filed or dismissed any similar action against defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-5024 CW**

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 6th day of January, 2009, at San Francisco, California.

4  SALTZMAN & JOHNSON
   LAW CORPORATION
5
6  By:___/s/ Michele R. Stafford_____
7  Michele R. Stafford
   Attorneys for Plaintiffs
8

9  IT IS SO ORDERED.
10
   This case is dismissed without prejudice and the Court shall retain jurisdiction over this
11 matter.

12  Date:____1/8/09_____        _____
13                                  THE HONORABLE CLAUDIA WILKEN
14                                  UNITED STATES DISTRICT COURT JUDGE

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-5024 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C08-5024 CW Notice of Voluntary Dismissal 010609.DOC

1  PROOF OF SERVICE

2  I, the undersigned, declare:

3  I am a citizen of the United States and am employed in the County of San Francisco, State
4  of California. I am over the age of eighteen and not a party to this action. My business address is
5  44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6  On January 6, 2009, I served the following document(s):

7  **NOTICE OF VOLUNTARY DISMISSAL**

8  on the interested parties in said action by placing a true and exact copy of each document in a
9  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
10 Francisco, California, addressed as follows:

11 **Virginia L. Draney, Esq.**
    **ATTORNEY AT LAW**
12 **1200 Mt Diablo Blvd., #100**
    **Walnut Creek, CA 94596**
13

14
15 I declare under penalty of perjury that the foregoing is true and correct and that this
    declaration was executed on this 6th day of January, 2009, at San Francisco, California.
16

17

18 _____/s/ Qui X. Lu_____
                  Qui X. Lu
19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-5024 CW**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\C08-5024 CW Notice of Voluntary Dismissal 010609.DOC